IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM THEODORE BAALS,<br>Plaintiff | : | No. 3:23-CV-1853 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| SCI COAL TOWNSHIP PRISON, et al.,<br>Defendants | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The motion to dismiss (Doc. 22) under Federal Rule of Civil Procedure 12(b)(6) by defendants Benjamin Robinson, M.D., and Brian Davis, P.A., is **DENIED**.

2. Defendants shall respond to the Section 1983 Eighth Amendment claims against them as required by Federal Rule of Civil Procedure 12(a)(4)(A).

Date: 8/21/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court