**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM THEODORE BAALS,** <br> **Plaintiff** <br><br> **v.** <br><br> **SCI COAL TOWNSHIP PRISON, *et al.*,** <br> **Defendants** | : <br> : <br> : <br> : <br> : <br> : <br> : | **No. 3:23-CV-1853** <br><br> **(Judge Munley)** |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that Defendants' motion (Doc. 61) for summary judgment under Federal Rule of Civil Procedure 56 is **DENIED**.

**Date:** 9/24/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**